

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00327-CV

Maxine **ADAMS** and Cecil Adams,
Appellants

v.

Christopher **PRINE**,
Appellee

From the 269th Judicial District Court, Harris County, Texas
Trial Court No. 2014-35653-a
Honorable Dan Hinde, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's final judgment dismissing appellants' 42 U.S.C. § 1983 claim against appellee in his individual capacity and the trial court's order severing the appellants' claims against appellee into a separate cause are REVERSED. The cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED January 11, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice